■ In the Matter of Lordunique Campbell, Petitioner, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [2 NYS3d 926]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered July 15, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.

■ The People of the State of New York, Respondent, v Darlene Benson-Seay, Appellant. [1 NYS3d 873]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered August 13, 2013. The judgment convicted defendant, upon her plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.